| | |
|---|---|
| GABRIEL M. KRUSE,<br><br>Plaintiff,<br><br>v.<br><br>BANSUAN, et al.,<br><br>Defendants. | Case No. 1:19-cv-00005-LJO-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS<br><br>(ECF NO. 24) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Gabriel Kruse ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On November 20, 2019, Plaintiff filed his second motion for extension of time to respond to Defendant's motion to dismiss. (ECF No. 24). Plaintiff's response is currently due on December 16, 2019. Plaintiff states that he needs a sixty-day extension due to the symptoms of an untreated illness. In addition to the symptoms, Plaintiff states that he has had to deal with insurance issues and finding medical care for his condition.

The Court finds good cause to grant Plaintiff an extension of time.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff has until February 14, 2020, to file his response to Defendant's motion to dismiss.

No further extensions will be given for this date.

IT IS SO ORDERED.

Dated: **November 22, 2019**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE