UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL M. KRUSE,<br><br>        Plaintiff,<br><br>   v.<br><br>BANSUAN, et al.,<br><br>        Defendants. | No. 1:19-cv-00005-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CASE AND DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND CLOSE CASE<br><br>(Doc. Nos. 18 & 29) |

      Gabriel Kruse ("plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case is proceeding on plaintiff's Eighth Amendment claims for deliberate indifference to serious medical needs against Dr. Bansuan and Doe defendant(s).  (Doc. Nos. 11 & 16.)  Plaintiff's claims concern the adequacy of the medical treatment he received for his Hepatitis C condition while confined.  (*Id.*)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On September 6, 2019, defendant Bansuan filed a motion to dismiss, arguing he provided treatment to plaintiff according to prison health services protocol, and that the regular consultations, monitoring, and services he provided consistent with that protocol cannot constitute a claim for deliberate indifference to serious medical needs.  (Doc. No. 18.)  On

April 27, 2020, the assigned magistrate judge entered findings and recommendations, recommending that "Defendant Bansuan's motion to dismiss [ ] be granted," that "Plaintiff's Eighth Amendment claims for deliberate indifference to serious medical needs against Defendant Bansuan and Doe Defendant(s) be dismissed," and that "[t]he Clerk of Court be directed to close this case."  (Doc. No. 29 at 16.)

     The parties were provided an opportunity to file objections to the findings and recommendations.  The deadline to file objections has passed and no objections have been filed.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

     Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on April 27, 2020, are ADOPTED in full;
2. Defendant Bansuan's motion to dismiss (ECF No. 18) is granted;
3. Plaintiff's Eighth Amendment claims for deliberate indifference to serious medical needs against Defendant Bansuan and Doe Defendant(s) are dismissed; and
4. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **March 28, 2021**           /s/ Dale A. Drozd
                                                     UNITED STATES DISTRICT JUDGE